UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

CIVIL ACTION NO. 08-87-GWU

WILLIAM MESSER,                                                    PLAINTIFF,

VS.                                           **ORDER**

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,                 DEFENDANT.

* * * * * * * * * * * *

       In accordance with the Memorandum Opinion simultaneously entered in the above-styled action,

       IT IS HEREBY ORDERED that:

       (1)     the Plaintiff's Motion for Summary Judgment is DENIED insofar as it seeks an automatic award of benefits;

       (2)     the Defendant's Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) is GRANTED insofar as it seeks a remand for further consideration under terms not inconsistent with the Memorandum Opinion; and

       (3)     the administrative decision will accordingly be REVERSED and the case REMANDED for further administrative consideration by separate Judgment entered this same date.

       This the 25th day of February, 2009.



**Signed By:**

**G. Wix Unthank**

**United States Senior Judge**