UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

CIVIL ACTION NO. 08-87-GWU

| | |
|---|---|
| WILLIAM MESSER, | PLAINTIFF, |
| VS. **JUDGMENT** | |
| MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL SECURITY, | DEFENDANT. |

\* \* \* \* \* \* \* \* \* \* \* \*

In compliance with Fed. R. Civ. P. 58,

IT IS HEREBY ORDERED AND ADJUDGED that:

(1)  the administrative decision is REVERSED and REMANDED for further consideration pursuant to Sentence Four of 42 U.S.C. Section 405(g); and

(2)  the above-styled action is STRICKEN from this Court's active docket.

This the 25th day of February, 2009.



Signed By:

<u>G. Wix Unthank</u>

**United States Senior Judge**